AO 442 (Rev. 11/11) Arrest Warrant

1159 2578

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Levi Plumley | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

U.S. MARSHAL-DC
RECEIVED SEP 7 '23
PM 2:35

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Levi Plumley**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/06/2023

Zia M. Faruqui
2023.09.06 13:35:41
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* Sep 7, 2023, and the person was arrested on *(date)* Sep 7, 2023
at *(city and state)* Sep 7, 2023 Roanoke, VA

Date: Sep 19, 2023

F. Vitl
*Arresting officer's signature*

F. Veitel
*Printed name and title*