UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEVI PLUMLEY,<br><br>Defendant. | Case No. 23-cr-316 (RC) |

### ORDER

Pursuant to the motion filed by the United States, ECF 34, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of January, 2025.

HONORABLE RUDOLPH CONTRERAS
United States District Judge